Granted [handwritten]

FILED IN
COURT OF CRIMINAL APPEALS

October 27, 2015

ABEL ACOSTA, CLERK

PD-0483-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/27/2015 9:42:15 AM
Accepted 10/27/2015 10:07:00 AM
ABEL ACOSTA
CLERK

TO THE COURT OF CRIMINAL APPEALS

No. PD-0483-15

RUBEN TOTTEN

vs.

STATE OF TEXAS

On appeal from the 230th
District Court of Harris County
Trial Cause Number 1365961
COA #01-14-00189-CR

---

## APPELLANT'S MOTION TO EXTEND TIME TO FILE BRIEF ON THE MERITS

---

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, RUBEN TOTTEN, and files this his Motion to Extend Time to File Brief on the Merits, and in support thereof, would respectfully show the Court the following:

I.

This Court granted the State Prosecuting Attorney's petition for discretionary review on August 26, 2015. The SPA filed a brief on September 24, 2015. The appellant's brief was due yesterday on October 26, 2015. No previous motions for extension have been filed.

II.

Counsel's failure to file within this Court's required period was not deliberate or intentional. Counsel had intended to finish the brief in the case over the weekend but unexpectedly became ill and was too sick to work on Monday the 26th as well. Counsel is filing this motion at her first opportunity upon return to work on Tuesday the 27th.

This motion is in accordance with Texas Rules of Appellate Procedure 10.5(b) and 38.6(d)("A motion to extend the time to file a brief may be filed before or after the date the brief is due.").

## III.

Counsel additionally requests an extension due to the fact that counsel's illness has disrupted her work schedule. Our Appellate Division is currently very understaffed as we are down to 6 attorneys from an original 10 attorneys. We are in the process of hiring additional attorneys. Counsel has been engaged in work in the Harris County Public Defender's Office on many cases, include the following:

- *Lenin Lopez*, 01-13-01079-CR, reversed and set for rehearing in cause #1403196

- *In the Matter of Kevin Compton*, 2012-04759J

- *Felix Irizarry*, 14-14-00827-CR

- *Stephen Hopper*, 14-15-00371-CR

- *Domingo Medina*, 01-15-00575-CR

- *Frelin Orellana*, 14-14-00701-CR

- *Kori Henegar*, 14-15-00529-CR

- *Pete Rodriguez*, 14-15-00339-CR

- *Craig Beal*, 01-12-00896-CR

- *Corey Nickerson*, 01-15-00764-CR through 01-15-00766-CR

- Research and writing in preparation for several cases for the trial division of the Harris County Public Defender's Office.

## IV.

Appellant's attorney requests an extension of 15 days, until November 10, which is necessary so that the brief can be thoroughly written and timely filed. This motion is not made for the purpose of delay.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court grants this requested extension of time to file the appellant's brief on the merits in the above cause and extend the time for filing to November 10, 2015.

Respectfully submitted,

ALEXANDER BUNIN
Chief Public Defender
Harris County, Texas

/s/Sarah V. Wood
SARAH V. WOOD
Assistant Public Defender
Harris County, Texas
Texas Bar Number 24048898
1201 Franklin, 13th Floor
Houston Texas 77002
713.368.0016 (phone)
713.368.9278 (fax)
Sarah.Wood@pdo.hctx.net

Attorney for Appellant

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the above and foregoing Appellant's Motion to Extend Time to File Brief on the Merits has been served on the State Prosecuting Attorney and the District Attorney of Harris County, Texas, via the e-file service.

/s/Sarah V. Wood
Sarah V. Wood